**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William Robert HOSEY, Defendant–Appellant.**

**No. 13–14788**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 30, 2014.

Michael B. Billingsley, Staci G. Cornelius, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

William Scott Brower, Brower Law Office, Birmingham, AL, for Defendant–Appellant.

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

W. Scott Brower, appointed counsel for William Robert Hosey in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hosey's conviction and sentence are **AFFIRMED.**